**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| J&J SPORTS PRODUCTIONS, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-13-3252 |
| | § | |
| FLCC GROUP CORPORATION, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

The plaintiff filed a motion for continuance of the initial pretrial conference and to appear telephonically. (Docket Entry No. 6). The motion is granted. The initial pretrial and scheduling conference is reset to **March 14, 2014, at 9:00 a.m.** The joint discovery/case management plan is due by March 3. 2014. Counsel for plaintiff may appear by phone.

SIGNED on January 24, 2014, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge